1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  CHARAN M. HIGBEE (SBN 148293)
   WILSON, ELSER, MOSKOWITZ,
3      EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, California 94105
   Tel:   (415) 433-0990
5  Fax:   (415) 434-1370

6  Attorneys for Defendant
   LIFE INSURANCE COMPANY
7  OF NORTH AMERICA

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  DYNETTE LIGHT,                    )  CASE NO. 08 2836
                                      )
13              Plaintiff,             )  DEFENDANT LIFE INSURANCE
                                      )  COMPANY OF NORTH AMERICA'S
14       v.                            )  CERTIFICATION OF INTERESTED
                                      )  ENTITIES OR PERSONS [Civil L.R. 3-16]
15  CIGNA GROUP INSURANCE, LIFE       )
    INSURANCE COMPANY OF NORTH       )
16  AMERICA, and DOES 1 to 20, inclusive. )
                                      )
17              Defendants.            )
                                      )
18

19       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations) or other

21  entities (i) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding:

24       Connecticut General Corporation, a Connecticut corporation, is the parent company of

25  defendant Life Insurance Company of North America. Connecticut General Corporation is a

26

1  wholly-owned subsidiary of CIGNA Holdings, Inc.  CIGNA Holdings, Inc. is a wholly-owned
2  subsidiary of CIGNA Corporation.

4  Date: June 6, 2008            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6                                By: _____
7                                    ADRIENNE C. PUBLICOVER
                                     DENNIS J. RHODES
                                     Attorneys for Defendant
8                                    LIFE INSURANCE
                                     COMPANY OF NORTH AMERICA

**CERTIFICATE OF SERVICE**
*Dynette Light v. CIGNA Group Insurance, et al.*
*USDC NDCA Case #*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Tom Paoli, Esq.
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA 94103
Tel:   (415) 498-2101

*Attorneys for Plaintiff DYNETTE LIGHT*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 6, 2008** at San Francisco, California.

_____
Nancy Li

---

3
DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
USDC NDCA Case #
356716.1