TOM PAOLI (SBN 104772)
PAOLI & GEERHART, LLP
785 Market Street Suite 1150
San Francisco, CA  94103
(415) 498-2101

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNETTE LIGHT,<br><br>    PLAINTIFF,<br><br>VS.<br><br>CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 to 20, inclusive,<br><br>    DEFENDANTS. | Case No. CV 08 2836 SBA<br><br>DEMAND FOR JURY TRIAL |

Plaintiff DYNETTE LIGHT demands a jury trial in this matter.

Dated: June 10, 2008                    PAOLI & GEERHART, LLP
                                        By

                                        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                        /s/
                                        Tom Paoli

*Light v. Cigna Group Insurance, et al*
USDC No. CV 08 2836 SBA
DEMAND FOR JURY TRIAL