UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DYNETTE LIGHT,

                              CASE NO. CV08-02836 SBA

           Plaintiff(s),

            v.
CIGNA GROUP INSURANCE, LIFE       NOTICE OF NEED FOR ADR PHONE
INSURANCE COMPANY OF NORTH       CONFERENCE
AMERICA, aND DOES 1 to 20, inclusive,
                    Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

[ ] have not yet reached an agreement to an ADR process

[x] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   September 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Adrienne C. Publicover | Defendant Life Insurance Company of North America | (925) 963-4190 | adrienne.publicover@wilsonelser.com |
| Tom Paoli | Plaintiff Dynette Light | (415) 498-2101 | pglaw@mall.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/18/2008                                           [signature]
                                                                     Attorney for Plaintiff

Dated: August 20, 2008                          /s/ Adrienne C. Publicover
                                                                     Attorney for Defendant

Rev 12.05    When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."