IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNETTE LIGHT, | No. C 08-02836 SBA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CIGNA GROUP INSURANCE LIFE, | |
| Defendant. | |

The parties hereto, by their counsel, having advised the Court that they have reached an agreed-upon settlement to the dismissal of this cause,

IT IS HEREBY ORDERED that this cause be dismissed.

Dated: 9/17/08

SAUNDRA BROWN ARMSTRONG
United States District Judge