| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN 161432) |
|   | CHARAN M. HIGBEE (SBN 148293) |
| 2 | WILSON, ELSER, MOSKOWITZ, |
|   |    EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|   | San Francisco, California 94105 |
| 4 | Tel: (415) 433-0990 |
|   | Fax: (415) 434-1370 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | LIFE INSURANCE COMPANY |
|   | OF NORTH AMERICA |
| 7 | |
| 8 | THOMAS A. PAOLI (SBN 104772) |
|   | PAOLI & GEERHART, LLP |
| 9 | 785 Market Street, Suite 1150 |
|   | San Francisco, CA 94103 |
| 10 | Tel: (415) 498-2101 |
| 11 | Attorney for Plaintiff |
|   | DYNETTE LIGHT |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | | |
|---|---|---|
| DYNETTE LIGHT, | ) | CASE NO.: CV08-02836 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| v. | ) | |
| | ) | |
| CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 to 20, inclusive. | ) | [F.R.C.P. 41] |
| | ) | |
| Defendants. | ) | Location : Courtroom 3 |
| | ) | Honorable Saundra B. Armstrong |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV08-02836 SBA
377479.1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff Dynette Light and defendant Life Insurance Company of North America, acting through their attorneys of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees. |

Date: ~~September~~ October 1, 2008          WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP


By: /s/ Charan M. Higbee
    Adrienne C. Publicover
    Charan M. Higbee
    Attorneys for Defendant
    LIFE INSURANCE COMPANY
    OF NORTH AMERICA


Date: September 30, 2008          PAOLI & GEERHART, LLP


By: [signature]
    Thomas A. Paoli
    Attorney for Plaintiff
    DYNETTE LIGHT

### ORDER

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: 10/2/08          By: [signature]
                           HONORABLE SAUNDRA B. ARMSTRONG
                           UNITED STATES DISTRICT JUDGE

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV08-02836 SBA
377479.1

# CERTIFICATE OF SERVICE
*Dynette Light v. CIGNA Group Insurance, et al.*
USDC NDCA Case #CV08-02836 SBA

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Thomas A. Paoli, Esq.
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA 94103
Tel: (415) 498-2101

*Attorneys for Plaintiff DYNETTE LIGHT*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 1, 2008** at San Francisco, California.

_____
Nancy Li

---

2
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV08-02836 SBA
377479.1